**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| LUKE ATWELL, | : | |
|  | : | Civil No. 19-13456 (FLW) |
| Petitioner, | : | |
|  | : | |
| v. | : | **MEMORANDUM AND ORDER** |
|  | : | |
| UNITED STATES OF AMERICA, | : | |
|  | : | |
| Respondent. | : | |
|  | : | |

Petitioner, Luke Atwell ("Petitioner"), is presently serving a criminal sentence imposed by this Court after he was found guilty, following a jury trial, of knowingly and intentionally conspiring to distribute a controlled substance in violation of 21 U.S.C. § 846. Petitioner has filed a Motion to Vacate, Set Aside, or Correct a Sentence, pursuant to 28 U.S.C. § 2255. (*See* ECF No. 1.) The Court notes, however, that the form motion filed by Petitioner lacks the required notice under *United States v. Miller*, 197 F.3d 644 (3d Cir. 1999). Because federal law generally requires a District Court to dismiss a second or successive § 2255 motion, 28 U.S.C. §§ 2244(a), 2255(h), a § 2255 movant must include in his or her first § 2255 motion all available federal claims. *See Miller*, 197 F.3d at 649; Rules Governing § 2255 Cases, Rule 2(b)(1), 28 U.S.C.A. foll. § 2255. Consequently, the Court will now provide the *Miller* notice to Petitioner. Before a District Court may rule on a § 2255 motion from a *pro se* petitioner,[1] it must notify the petitioner that he may either (1) have his pending motion considered as his all-inclusive § 2255

---

[1] While Petitioner's § 2255 motion bears the name and signature of an attorney, David Bahuriak, this filing is also a slightly modified version of a form pleading that has been written in the first-person voice of Petitioner (e.g., it asserts that "My trial attorney was ineffective"). In an abundance of caution and to ensure that Petitioner does not suffer unanticipated prejudice, the Court gives Petitioner a *Miller* notice despite the fact that his filings indicate representation by counsel.

motion and ruled on as filed, or (2) withdraw the motion and file an amended timely § 2255 motion that includes all available federal claims. *Miller*, 197 F.3d at 652.

Therefore, within 45 days, Petitioner shall notify the Court as to whether he (1) wishes to have his motion ruled on as filed or (2) wishes to withdraw his motion and submit one all-inclusive § 2255 motion. If Petitioner wishes to submit an amended motion, he shall do so within 45 days of the entry of this Memorandum and Order.

Accordingly, IT IS, on this 10th day of June 2019,

ORDERED that Petitioner shall notify the Court within 45 days of the entry of this Memorandum and Order whether he wishes to have his motion ruled on as filed or whether he wishes to withdraw his motion and submit one all-inclusive § 2255 motion that includes all available federal claims; and it is further

ORDERED that to the extent Petitioner wishes to withdraw his original motion and submit one all-inclusive amended motion, he must submit the amended motion within 45 days of the entry of this Court's Order; and it is further

ORDERED that, if Petitioner fails to submit for filing an amended § 2255 motion within 45 days of the date of the entry of this Order, then this Court will consider Docket Entry Number 1 as Petitioner's one and only all-inclusive § 2255 motion.

*s/Freda L. Wolfson*
FREDA L. WOLFSON
U.S. Chief District Judge