UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LUKE ATWELL,<br><br>      Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>      Respondent. | Civil Action No. 19-13456 (FLW)<br><br>MEMORANDUM & ORDER |

    This matter has been opened to the Court by Petitioner Luke Atwell's ("Atwell" or "Petitioner") filing a notice of appeal and an application to proceed *in forma pauperis* on appeal. *See* ECF No. 20.

    Pursuant to Federal Rule of Appellate Procedure 24(a)(1), this Court may grant a petitioner *in forma pauperis* status on appeal only where the petitioner shows, in the detail required by Form 4 of the Appendix of Forms, that he is unable to pay or to give security for the fees and costs on appeals, and states the issues that he intends to present on appeal.[1] Moreover, under Local Appellate Rule 24.1(c), in those cases where 28 U.S.C. § 1915(b) does not apply, such as in habeas cases, prisoners seeking to appeal *in forma pauperis* must also file "an affidavit of poverty in the form prescribed by the Federal Rules of Appellate Procedure accompanied by a <u>certified</u> prison account statement(s) (or institutional equivalent) for the 6-month period preceding the filing of the notice of appeal."

---

[1] There are exceptions for those litigants who were permitted to proceed *in forma pauperis* ("IFP") in the district court action, or were determined to be financially unable to obtain an adequate defense in a criminal case. Neither exception applies here, as Atwell did not have IFP status in his § 2255 case and was represented by retained counsel in his underlying criminal case.

1

Atwell's submission does not include an affidavit of poverty in the form prescribed by the Federal Rules of Appellate Procedure, and his account statement is uncertified. Moreover, he has not stated the issue or issues he intends to appeal. As such, the Court will deny without prejudice the motion to appeal *in forma pauperis* because Atwell has not met the requirements. The Court will direct the Clerk of the Court to send Atwell the appropriate forms, and he may resubmit his motion to appeal *in forma pauperis* within 30 days of the date of this Order.

**IT IS THEREFORE**, on this  6th  day of June 2022,

**ORDERED** that the motion to proceed *in forma pauperis* on appeal, ECF No. 20, is **DENIED WITHOUT PREJUDICE**; and it is further

**ORDERED** that the Clerk of the Court shall send Petitioner a blank copy of the Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis ("Affidavit"), available at http://www2.ca3.uscourts.gov/legacyfiles/ifp_affidavit.pdf; and it is further

**ORDERED** that within 30 days of the date of this Order, Petitioner may resubmit his application to proceed *in forma pauperis* on appeal and shall include 1) a complete, signed Affidavit, 2) a <u>certified</u> six-month account statement, and 3) a statement of the issues he intends to appeal; and it is further

**ORDERED** that the Clerk of the Court shall send a copy of this Order to Petitioner at the address on file.

*s/Freda L. Wolfson*
Freda L. Wolfson
U.S. Chief District Judge